IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:14CR91 |
| | § | Judge Crone |
| ELPIDIO JORDAN-MALDONADO | § | |
| EDMUNDO LOPEZ-ESCAMILA | § | |
|   a.k.a. Mundo | § | |
| JOSE MIGUEL PEREZ-LOZANO | § | |
|   a.k.a. Pepito, Pepe Papagallos, Guero | § | |

## EXHIBIT LIST

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 1. | | **Photographs from 714 Liberty #2613** | | | |
| 2. | | **Key to apartment #2613** | | | |
| 3. | | **Safe key** | | | |
| 4. | | **Key to compartment in truck** | | | |
| 5. | | **Actual cocaine - 10.5 kilograms** | | | |
| 6. | | **Digital scales x3** | | | |
| 7. | | **3 notebooks with ledgers** | | | |
| 8. | | **Drug wrappings** | | | |
| 9. | | **Multicolor notes** | | | |
| 10. | | **Notebook with ledger** | | | |
| 11. | | **Receipt from Target** | | | |
| 12. | | **Wrappings in Chevy truck** | | | |
| 13. | | **Digital scale in Chevy truck** | | | |
| 14. | | **Wrappings from Avalanche** | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 15. | | Lab report | | | |
| 16. | | Video of traffic stop in Hillsboro | | | |
| 17. | | Photographs from search of truck | | | |
| 18. | | Video of traffic stop of Jose Hernandez | | | |
| 19. | | Lab Report | | | |
| 20. | | Cocaine – 3 kilograms in truck | | | |
| 21. | | Photographs from 306 Chancellorsville | | | |
| 22. | | Notebooks with ledgers | | | |
| 23. | | Cocaine 284 kilograms in house | | | |
| 24. | | Crack cocaine | | | |
| 25. | | Methamphetamine | | | |
| 26. | | Miscellaneous documents from rent | | | |
| 27a. | | Vacuum sealer at Chancellorsville | | | |
| 27b. | | Vacuum sealer bags | | | |
| 28. | | Dryer sheets - three boxes | | | |
| 29. | | Cling wrap - three boxes | | | |
| 30. | | Vacuum bag ziploc | | | |
| 31. | | Can of hi-temp grease | | | |
| 32. | | Five roles of packaging tape | | | |
| 33. | | Rolls of black packaging tape | | | |
| 34. | | Digital scale | | | |
| 35. | | Digital scale | | | |
| 36. | | Kilo wrapper | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 37. | | Digital scale | | | |
| 38. | | Digital scale | | | |
| 39. | | Two rolls blue packaging wrap | | | |
| 40. | | Lab report | | | |
| 41. | | Lab report | | | |
| 42. | | Lab report | | | |
| 43. | | Lab report | | | |
| 44. | | Intentionally left blank | | | |
| 45. | | Intentionally left blank | | | |
| 46. | | Intentionally left blank | | | |
| 47. | | Video of traffic stop of Rolando Rodriguez | | | |
| 48. | | Intentionally left blank | | | |
| 49. | | Lab report | | | |
| 50. | | Cocaine - 13 kilograms in vehicle | | | |
| 51. | | Photographs of 8909 Davis | | | |
| 52. | | Cocaine - 5 kilograms - in house | | | |
| 53. | | Lab report | | | |
| 54. | | Money counter | | | |
| 55. | | Driver's license with Jose Vasquez, Sr. | | | |
| 56. | | Receipts and money notes in garage | | | |
| 57. | | Misc. documents in kitchen - drug ledger | | | |
| 58. | | Misc. documents in bedroom - drug ledger | | | |
| 59. | | Photographs of Toyota Sienna | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 60. | | Video of Toyota Sienna | | | |
| 61. | | Photographs of 9500 Nacogodoches Trail | | | |
| 62. | | Intentionally left blank | | | |
| 63. | | Western Union receipts with mail | | | |
| 64. | | Drug ledgers, plastic bag, owners' manual for money counter | | | |
| 65. | | Photos of Alejandro Vasquez seizure | | | |
| 66. | | Cocaine | | | |
| 67. | | Lab report | | | |
| 68. | | Photographs of money on December 17, 2010 | | | |
| 69. | | Photographs of money on January 12, 2011 | | | |
| 70. | | Photographs of Miguel Trevino | | | |
| 71. | | Photographs of Omar Trevino | | | |
| 72. | | Photographs of Mario Cuellar | | | |
| 73. | | Photographs of Hector Moreno | | | |
| 74. | | Photograph of Jose Vasquez, Jr. | | | |
| 75. | | Photograph of Jose Vasquez, Sr. | | | |
| 76. | | Photograph of Esmeralda Vasquez | | | |
| 77. | | Photograph of Christopher Rodriguez | | | |
| 78. | | Photograph of Joe Luis Martinez | | | |
| 79. | | Photograph of Ernesto Martinez | | | |
| 80. | | Photograph of Alejandro Vasquez | | | |
| 81. | | Photograph of Rolando Rodriguez | | | |
| 82. | | Photograph of Moises Hernandez | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 83. | | Photograph of Terra Evans | | | |
| 84. | | Photograph of Gerardo Mata | | | |
| 85. | | Photograph of Sergio Castaneda | | | |
| 86. | | Photograph of Raul Guadalajara | | | |
| 87. | | Plea Agreement of Jose Vasquez, Jr. | | | |
| 88. | | Plea Agreement of Ernesto Martinez | | | |
| 89. | | Plea Agreement of Moises Hernandez | | | |
| 90. | | Plea Agreement of Sergio Castaneda | | | |
| 91. | | Plea Agreement of Mario Cuellar | | | |
| 92. | | Photograph of 2125 Clark Street | | | |
| 93. | | Rubber Bands | | | |
| 94. | | Lease Agreement | | | |
| 95. | | Miscellaneous receipts and bank records | | | |
| 96. | | Miscellaneous paperwork - kitchen | | | |
| 97. | | Miscellaneous paperwork | | | |
| 98. | | Photographs of Martinez/Vasquez | | | |
| 99. | | Photographs of jewelry seized at 10209 Boardmoor | | | |
| 100. | | Photograph of 1109 Paintbrush | | | |
| 101. | | Photographs of firearm seizure | | | |
| 102. | | Photographs of traffic stop with firearms | | | |
| 103. | | Photographs of Terra Evans seizure | | | |
| 104. | | Black suitcase from Terra Evans | | | |
| 105. | | Gym bag from Terra Evans | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 106. | | Gym bag from Terra Evans | | | |
| 107. | | Blue gym bag from Terra Evans | | | |
| 108. | | Miscellaneous paperwork | | | |
| 109. | | Text messages between Evans/Vasquez | | | |
| 110. | | Telephone tolls from Evans | | | |
| 111. | | Photographs from Sequin, Texas | | | |
| 112. | | Photograph of Gilberto Moreno | | | |
| 113. | | Photograph of Roberto Castro-Perez | | | |
| 114. | | Photograph of Rolando Muniz | | | |
| 115. | | Photograph of Antonio Montes | | | |
| 116. | | Photograph of Ivan Caballero Velasquez | | | |
| 117. | | Photograph of Eduardo Dehoyos | | | |
| 118. | | Photograph of Homero Flores | | | |
| 119. | | Photograph of Rolando LaFuente Moreno | | | |
| 120. | | Photograph of Arturo Mancha-Atyade | | | |
| 121. | | Photograph of Jose Luis Garza Guitan | | | |
| 122. | | Photograph of Jose Luis Martinez | | | |
| 123. | | Photograph of Adolfo Tavira | | | |
| 124. | | Photograph of Heriberto Franco | | | |
| 125. | | Plea Agreements of Homero Flores | | | |
| 126. | | Plea Agreements of Remberto Castro-Perez | | | |
| 127. | | Plea Agreements of Rolando Muniz | | | |
| 128. | | Plea Agreements of Rolando Moreno | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 129. | | **Plea Agreements of Alex Cedillo** | | | |
| 130. | | | | | |
| 131. | | | | | |
| 132. | | | | | |
| 133. | | | | | |
| 134. | | | | | |
| 135. | | | | | |
| 136. | | | | | |
| 137. | | | | | |
| 138. | | | | | |
| 139. | | | | | |
| 140. | | | | | |
| 141. | | | | | |

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 27, 2017.

\_\_\_/s/_____
ERNEST GONZALEZ